Argued and submitted December 6, 1988, petition for reconsideration allowed, order of dismissal withdrawn and appeal reinstated March 7, 1989

NORTHWEST MEDICAL LABORATORIES, INC.,
*Appellant,*

*v.*

HEALTHLINK et al,
*Respondents.*

(OTC 2607; SC S35295)

770 P2d 908

On appellant's petition for reconsideration filed October 21, 1988. Appeal dismissed October 3, 1988.

Michael J. Morris, of Bennett, Hartman, Tauman & Reynolds, P.C., Portland, argued the cause and filed the petition for appellant.

James H. Clarke, of Spears, Lubersky, Bledsoe, Anderson, Young & Hilliard, Portland, argued the cause for respondent Healthlink.

Before Peterson, C. J., and Linde, Carson, Jones, Gillette and Van Hoomissen, JJ.

PETERSON, C. J.

## PETERSON, C. J.

This case presents the same issue as did *NW Medical Lab. v. Good Samaritan Hospital,* 307 Or 448, 770 P2d 905 (1989). The issue is whether an order by the tax court dismissing the complaint commences the time in which a notice of appeal must be filed, or whether that time commences upon entry of judgment in the register. The time does not start until entry of judgment in the register. *NW Medical Lab. v. Good Samaritan Hopsital, supra.* The notice of appeal in this case was timely filed within 30 days of entry of judgment. The order of dismissal is withdrawn and the appeal is reinstated.